UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:11-cv-00395-JDW-TGW

KENDRICK E. DULDULAO,

    Plaintiff,

vs.

CB BEACHWALK PARTNERS, LLC, a Florida
limited liability company, d/b/a CRABBY'S BEACH
WALK BAR & GRILL, d/b/a CRABBY BILL'S,
and DAVID R. LITTLE, an individual,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, KENDRICK E. DULDULAO and Defendants, CB BEACHWALK PARTNERS, LLC, d/b/a CRABBY'S BEACH WALKBAR & GRILL, d/b/a CRABBY BILL'S, and DAVID R. LITTLE, by and through their undersigned respective counsel, hereby notify the Court that settlement has been reached in the above styled case. The Settlement Agreement is being drafted and will be circulated for signatures. A Stipulation of Dismissal With Prejudice will be filed with the Court shortly hereafter.

Respectfully submitted,

| | |
|---|---|
| By: s/ B. Bradley Weitz<br>B. Bradley Weitz, Esq.<br>Florida Bar No. 479365<br>THE WEITZ LAW FIRM, P.A.<br>Attorney for Plaintiff<br>Bank of America Building<br>18305 Biscayne Blvd., Suite 214<br>Aventura, Florida 33160<br>Telephone: (305) 949-7777<br>Facsimile: (305) 704-3877<br>Email: bbw@weitzfirm.com | By: s/ David A. Fernandez<br>David A. Fernandez, Esq.<br>Florida Bar No. 084984<br>ENGLANDER AND FISCHER, LLP<br>721 1st Avenue, North<br>St. Petersburg, Florida 33701<br>Telephone: (727) 898-7210<br>Facsimile: (727) 898-7218<br>E-mail:Dfernandez@eandflaw.com<br>Attorney for Defendants |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:11-cv-00395-JDW-TGW

KENDRICK E. DULDULAO,

    Plaintiff,

vs.

CB BEACHWALK PARTNERS, LLC, a Florida
limited liability company, d/b/a CRABBY'S BEACH
WALK BAR & GRILL, d/b/a CRABBY BILL'S,
 and DAVID R. LITTLE, an individual,

    Defendants.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2011, I electronically filed the Amended Complaint with the Clerk of Court using CM/ECF. I also certify that the Amended Complaint was served on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ B. Bradley Weitz, Esq.
    B. Bradley Weitz, Esq.
    Florida Bar No. 479365
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile: (305) 704-3877
    Email: bbw@weitzfirm.com

<u>**SERVICE LIST**</u>

Kendrick E. Duldulao v. CB Beachwalk Partners, LLC, d/b/a Crabby's Beach
Walk Bar & Grill d/b/a Crabby Bill's, and David R. Little,
CASE NO.: 8:11-cv-00395-JDW-TGW
United States District Court
Middle District Of Florida, Tampa Division


**David A. Fernandez, Esq.**
**ENGLANDER AND FISCHER, LLP**
721 1st Avenue, North
St. Petersburg, Florida 33701
Telephone:   (727) 898-7210
Facsimile:     (727) 898-7218
Email: Dfernandez@eandflaw.com
*Attorney for Defendants*
**ELECTRONIC SERVICE**