UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KENDRICK E. DULDULAO,

    Plaintiff,

vs.                                          Case No. 8:11-CV-395-T-27TGW

CB BEACHWALK PARTNERS, LLC, et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

**BEFORE THE COURT** is the parties' Joint Stipulation of Dismissal with Prejudice (Dkt. 20). The stipulation is approved. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been dismissed with prejudice. The Clerk is directed to **CLOSE** the case.

**DONE AND ORDERED** this 23rd day of June, 2011.

                                                  JAMES D. WHITTEMORE
                                                  United States District Judge

Copies to:
Counsel of Record